435 A.2d 916

Commonwealth v. Simmons, Appellant.

Submitted December 5, 1980. Brian S. Quinn, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Order affirmed.